IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

BOKF, N.A.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion in Support of Proposed Protective Order (Docket No. 37) is GRANTED finding good cause shown. The written Protective Order (Docket No. 37-1) is APPROVED as amended in paragraph 5 and made an Order of Court.

Date: July 12, 2013