## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of a class of other similarly situated persons,

      Plaintiff,

v.

BOKF, N.A.,

      Defendant.

---

## MINUTE ORDER[1]

---

      The matter is before the court on **Plaintiff's Unopposed Motion To Withdraw Pleading (Doc. 81)** [#85] filed February 13, 2014.  The motion is **GRANTED** and **Plaintiff's Combined Motion For Leave to File a Supplemental Response in Opposition to Defendant BOKF's Motion For Summary Judgment [Doc #45] and Motion to Restrict Access (Level 1) to Plaintiff's Supplemental Response** [#81] filed February 12, 2014, is **WITHDRAWN**.

      Dated:  February 13, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.