### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of a class of other similarly situated persons,

    Plaintiff,

v.

BOKF, N.A.,

    Defendant.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. As required by my previous Order [#209], filed June 4, 2014, the parties were required to file a joint status to advise the court about the progress of their settlement. The parties have complied with that directive and state that they anticipate finalizing the settlement terms and selecting an administrator by July 30, 2014, after which they anticipate filing a motion for final approval of the global settlement of all three putative class actions in this court. (*See* **Joint Status Report** [#210], filed June 30, 2014.)

    Thus, being adequately advised, I find and conclude that the stay should be continued.

    **THEREFORE, IT IS ORDERED** as follows:

1. That this case continues to be **STAYED** pending further order of the court; and

2. That by August 15, 2014, the parties **SHALL FILE** a joint status report apprising the court of the progress and status of the case.

Dated July 2, 2014, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge