**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of a class of other similarly situated persons,

     Plaintiff,

v.

BOKF, N.A.,

     Defendant.

---

**MINUTE ORDER**[1]

---

This matter is before me on **Defendant's Unopposed Motion To Vacate and Reschedule Telephonic Setting Conference** [#143],[2] filed December 19, 2014.  The court finds that the motion is well taken and should be granted

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Defendant's Unopposed Motion To Vacate and Reschedule Telephonic Setting Conference** [#143], filed December 19, 2014, is **GRANTED**; and

2.  That the telephonic setting conference scheduled for **Tuesday, January 20, 2015**, at **10:00 a.m.**, is **VACATED** and **RESET** for **Tuesday, January 13, 2015**, at **9:00 a.m.**  to set this matter for evidentiary hearing on statutory damages or such other proceedings as may be warranted; provided, further, that counsel for plaintiffs shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated December 22, 2014.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#143]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.