# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of a class of other similarly situated persons,

      Plaintiff,

v.

BOKF, N.A.,

      Defendant.

## MINUTE ORDER[1]

      The matters before the court are (1) **Plaintiff's Combined Motion for Jury Trial and Brief in Support** [#146],[2] filed February 10, 2015; and (2) **Defendant BOKF, NA's Motion Pursuant to Court's Order of January 13, 2015 [Doc. 145] and Combined Brief in Support** [#147], filed February 10, 2015.  Based on these motions, the parties agree that a jury trial on the issue of statutory damages related to plaintiff's Truth In Lending Act claims is appropriate.  I therefore find and conclude that this matter should be set for jury trial.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiff's Combined Motion for Jury Trial and Brief in Support** [#146], filed February 10, 2015, is **GRANTED**;

      2.  That **Defendant BOKF, NA's Motion Pursuant to Court's Order of January 13, 2015 [Doc. 145] and Combined Brief in Support** [#147], filed February 10, 2015, is **GRANTED**;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#146]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this minute order.

3.  That a telephonic setting conference to schedule the combined Final Pretrial Conference and Trial Preparation Conference as well as the trial **IS SET** for **Wednesday, February 25, 2015**, at **10:00 a.m.**  Counsel with scheduling authority for both parties are to contact the court's Judicial Assistant, Nel Steffens, at (303) 335-2350, at the time and date of the setting conference; and

4.  That counsel for plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: February 12, 2015.