**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of a class of other similarly situated persons,

    Plaintiff,

v.

BOKF, N.A.,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter is before the court on the **Unopposed Motion To Vacate Jury Trial in Favor of Bench Trial** [#150],[2] filed May 14, 2015.  The motion implicates Fed. R. Civ. P. 39(a)(1), which requires the stipulation of the parties to convert a jury trial to a nonjury trial. The instant motion is not a stipulation under Rule 39.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Unopposed Motion To Vacate Jury Trial in Favor of Bench Trial** [#150], filed May 14, 2015, is denied without prejudice;

    2.  That if the parties seek a nonjury trial, they may file the stipulation required by Fed. R. Civ. P. 39(a)(1) by **Tuesday, May 26, 2015**.

    Dated: May 21, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#150]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.