# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of a class of other similarly situated persons,

      Plaintiff,

v.

BOKF, N.A.,

      Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the parties' **Stipulation to Nonjury Trial** [#153],[1] filed May 26, 2015. After careful review of the stipulation, the file, and FED. R. CIV. P. 39, I conclude that the stipulation should be approved. Additionally, due to a conflict on the court's calendar, the trial date must be vacated and reset.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Nonjury Trial** [#153], filed May 26, 2015, is approved;

2. That the trial of this matter is converted from a jury trial to a nonjury trial to the court;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set June 12, 2015, at 1:30 p.m., is vacated and continued pending further order of the court;

4. That the nonjury trial set to commence on June 29, 2015, is vacated and

---

[1] "[#153]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

continued pending further order;

5.  That on **June 9, 2015**, at **10:00 a.m.** (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the Final Pretrial Conference/Trial Preparation Conference and nonjury trial; and

6.  That counsel for plaintiff shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated May 27, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge