## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-01125-REB-MJW

LELAND SMALL, individually and on behalf of a class of other similarly situated persons,

    Plaintiff,

v.

BOKF, N.A.,

    Defendant.

## ORDER GRANTING PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE TO CLASS

**Blackburn, J.**

The matter before the court is the **Parties' Joint Motion for Preliminary Approval of Settlement Agreement and Notice to Class** [#177],[1] filed October 5, 2015. Having reviewed the motion and the supporting brief and proposed Settlement Agreement (*see* **Plaintiff's Memorandum in Support of Motion for Preliminary Approval of Settlement Agreement and Notice to Class** [#178], filed October 5, 2015, & Exh. B thereto), the court finds preliminarily that the proposed settlement meets the factors relevant to preliminary approval of proposed class action settlements, *see In re Quest Communications International, Inc. Securities Litigation*, 625 F.Supp.2d 1133, 1136 (D. Colo. 2009), and that the proposed form of notice to the class is

---

[1] "[#177]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

reasonably calculated under all the circumstances to apprise class members of the pendency of the action and afford them an opportunity to present objections, *see* ***DeJulius v. New England Health Care Employees Pension Fund***, 429 F.3d 935, 944 (10th Cir. 2005).[2]

Therefore, I find and conclude that the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Parties' Joint Motion for Preliminary Approval of Settlement Agreement and Notice to Class** [#177], filed October 5, 2015, is granted;

2. That the Settlement Agreement is approved, preliminarily;

3. That Epiq Systems is appointed as the Third-Party Administrator;

4. That the proposed form of notice (*see* **Plf. Motion App.**, Exh. B) is approved and shall be issued to class members no later than **forty-five (45) days** from the date of this Order and otherwise pursuant to the terms of the Settlement Agreement; and

5. That the court shall conduct a final fairness hearing on **Friday, March 25, 2016**, at **9:00 a.m.** (MDT), reserving one hour, if necessary, for the hearing.

Dated October 8, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] In addition, I expressly approve and adopt all arguments advanced, authorities cited, and conclusions set forth in the brief in support of the motion [#178].